UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT S. CALLAHAN,

    Plaintiff,

vs.                                    Case No. 8:09-cv-806-T-27TBM

HOME DEPOT U.S.A., INC., et al.,

    Defendants,
_____/

## ORDER

**ON JULY 8, 2009,** this Court entered an Order directing Plaintiff to appear at a status conference scheduled for August 4, 2009. (Dkt. 16). The Order expressly stated: *"FAILURE OF PLAINTIFF TO APPEAR AT SAID CONFERENCE . . . SHALL RESULT IN THE DISMISSAL OF THIS CAUSE."* (Dkt. 16). Plaintiff failed to appear, pro se or through newly retained counsel, at said hearing. The Court finds, based on Plaintiff's willful failure to comply with this Order that lesser sanctions will not suffice. *Pierce v. City of Miami,* 176 F. App'x 12, 14 (11th Cir. 2006). Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**[1] The pending Motion to Remand (Dkt. 11) is **DENIED AS MOOT**. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 4th day of August, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record, Plaintiff

---

[1] Although an amended complaint has not been filed of record, Defendants have represented that an amended complaint was served, naming Sta-Rite LLC in place of Defendants Flotec and Pentair Water Group, Inc. Accordingly, this dismissal is as to Defendants Home Depot, USA, Inc., Sta-Rite LLC, Flotec, and Pentair Water Group, Inc.